83,376-01

June 26, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 02 2015

Abel Acosta, Clerk

Abel Acosta, Clerk
COURT OF CRIMINAL APPEALS
P O BOX 12308, Capitol Station
Austin, TX 78711

Re: Inmate Declaration
WR.No. 83,376-01

Dear Clerk:

Enclosed for Filing and the immediate attention
of the Court is My "Inmate Declaration"
in the above-Numbered matter.

Please Note My Certificate of Service on
Page Four of My Declaration.

Thank You

Rob. L Newby

Rob L Newby
P O BOX 9000
Henderson TX
75653

## No. WR-83,376-01

| Ex Parte | § | Criminal Court of |
|---|---|---|
| Lizanno, | § | A P P E A L S |
| David R. | § | State of Texas. |

## INMATE DECLARATION

To the Honorable Court of Criminal Appeals:

Comes Rob L. Newby, Declarant as to the following, and relevant to the matter styled and numbered as shown above, requesting that the Court consider same.

Presented June 21, 2015,

BY:
June 21, 2015

Rob L. Newby
P. O. Box 9000
Henderson TX
75653

INMATE Declaration
EX Parte Lievano, No. 83,376-01
PART Two

## Relevant Facts

1. David R. Lievano is And has been assigned To the Bradshaw State Jail since before the instant action was PRESENTED To the Court.

2. David R. Lievano is a HISPANIC, SPEAKING little ENglish, And having VERY limited GRASP of AMERICAN JurisPRudence or language;

3. At Bradshaw State Jail An AFRICAN-AMERICAN iNMATE, by the Name of Keith Williams, was Assigned to the same housing dorm (F.1) As Applicant And PROvided ASSISTANCE with the 11.07 WRit APPlication;

4. Williams, Not Applicant, PRePaRed the WRit. Applicant signed the APPlication;

## Relevant Facts (Cont'd)

5. Applicant David Lievano was hardly cognizant of the false statements in the Writ Application, as legal jargon — and much of the English language — is 'Greek' to him.

6. Novice "Writ Writer" Keith Williams not only lacked the required Mens Rea to commit "Aggravated Perjury"; he's so ignorant of the gravity of the situation you could say he's "clueless".

7. Or, You could say Williams is just 'too stupid' to know the difference;

8. As an eye and ear witness I can attest to the fact that David Lievano did not commit Perjury.

## VERIFICATION

I, Robbie L Newby, hereby declare under the Penalty of Perjury that the Foregoing Facts Are true and Correct, to the best of my Knowledge, So help Me

Rob L Newby
1 2 3 8 2 1 6
P O Box 9000
Henderson, TX 75653          June 21, 2015.

*Rob L Newby*

## CERTIFICATION

I, Rob L Newby, certify that a true & Correct Copy of this "Inmate Declaration" is mailed To:

Smith County D.A.        on June 26, 2015
100 N. Broadway.
Tyler, TX 75702

*Rob L Newby*
ROB L NEWBY